### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR33 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ERIC A. PETTIFORD, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's request for an order closing this case insofar as it remains open regarding the forfeiture matter.

The Court previously granted the government's motion to strike the preliminary order of forfeiture, stating that the Court would issue an order closing the case when the weapon in question, discovered to have been stolen, is delivered to Timothy James Towne. The government has represented that Mr. Towne has possession of the weapon.

Accordingly,

IT IS ORDERED that this case, including the forfeiture proceeding, is now closed.

DATED this 11th day of December, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge